DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE HERMELO,**
Appellant,

v.

**BANK OF AMERICA,**
Appellee.

No. 4D21-210

[January 28, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case Nos. CACE 18-005118 and COCE 15-026081.

Jorge Hermelo, Miami, pro se.

Alan M. Pierce of Liebler, Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***